

**U.S. Department of Justice**

Civil Rights Division

VG:KDW: KLF
DJ 170-54E-0

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
*www.usdoj.gov/crt/emp*

## APR 2 1 2015

### NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL 7010 0290 0000 2013 6595
RETURN RECEIPT REQUESTED

Ms. Marilyn Chism
374 Seastone Street
Raleigh, NC 27603



Re:    Marilyn Chism v. North Carolina General Assembly
        EEOC Charge No. 433-2011-03293

Dear Ms. Chism:

Because you filed the above charge with the Equal Employment Opportunity Commission, and conciliation on that charge has failed, and because you have specifically requested this Notice, you are hereby notified that <u>you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq.</u>, against the above-named respondent. This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious. If you choose to commence a civil action, such <u>suit must be filed in the appropriate court within 90 days of your receipt of this Notice.</u>

Therefore, you should consult an attorney of your own choosing at your earliest convenience. If you are unable to locate an attorney, you may wish to contact the EEOC, or apply to the appropriate court, since that court may appoint an attorney in appropriate circumstances under Section 706(f)(1) of Title VII, 41 U.S.C. 2000e-5(f)(1).

We are returning the files in this matter to EEOC's Raleigh Area Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Thomas M. Colclough, Area Office Director, EEOC, 434 Fayetteville St., Ste. 700, Raleigh, NC 27601.

Sincerely,

Vanita Gupta
Principal Deputy Assistant Attorney General
Civil Rights Division

By:                              

Karen D. Woodard
Deputy Chief
Employment Litigation Section

cc:    North Carolina General Assembly
       Lars F. Nance, Special Deputy Attorney General
       EEOC, New Orleans Field Office