UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARILYN M. CHISM, )
)
        Plaintiff, )
)
v. )
) **JUDGMENT**
) No. 5:15-CV-348-FL
NORTH CAROLINA GENERAL )
ASSEMBLY, )
)
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2016, and for the reasons set forth more specifically therein, that defendant's motion to dismiss is granted. Plaintiff's Title VII claims are DISMISSED WITH PREJUDICE for failure to state a claim. Plaintiff's GERA claim is DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 15, 2016, and Copies To:**

Carlos E. Mahoney (via CM.ECF Notice of Electronic Filing)
Stewart W. Fisher (via CM.ECF Notice of Electronic Filing)
Charles G. Whitehead (via CM.ECF Notice of Electronic Filing)
Lars Franklin Nance (via CM.ECF Notice of Electronic Filing)

July 15, 2016                                            JULIE RICHARDS JOHNSTON, CLERK
                                                               /s/ Susan W. Tripp
                                                             (By) Susan W. Tripp, Deputy Clerk